UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

FILED
SCRANTON

JAN 2 0 2015

Per_____
DEPUTY CLERK

ALEXANDER NOSOV,　　　　　　　:
　　　　　　　　　　　　　　　　:
　　　Petitioner　　　　　　　　:
　　　　　　　　　　　　　　　　:
v.　　　　　　　　　　　　　　　: CIVIL NO. 3:CV-15-0097
　　　　　　　　　　　　　　　　:
WARDEN PERDUE,　　　　　　　　: (Judge Kosik)
　　　　　　　　　　　　　　　　:
　　　Respondent　　　　　　　　:

## ORDER

AND NOW, THIS 20 DAY OF JANUARY, 2015, for the reasons set forth in the accompanying Memorandum, **IT IS HEREBY ORDERED AS FOLLOWS:**

1. The petition for writ of habeas pursuant to 28 U.S.C. § 2241 is **dismissed for lack of jurisdiction,** and without prejudice to Petitioner seeking leave from the United States Court of Appeals for the Second Circuit to file a second or successive 28 U.S.C. § 2255 motion.

2. The Clerk of Court is directed to **close this case**.

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　EDWIN M. KOSIK
　　　　　　　　　　　　　　　　　　　United States District Judge